INTERNATIONAL TRUST CO., Applt., v. William GOW et al., Respts. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Order reversed, with $10 costs and disbursements, and motion granted upon conditions stated in order. No opinion. Order filed.

Alfred W. IRELAND v. C. M. TRAVER CO. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Motion granted, with $10 costs. Order filed.

H. Cecil JACKSON, respondent, v. REDFERN COMPANY, Limited, appellant. (Supreme Court, Appellate Division, Second Department. December 24, 1915.) Order, in so far as appealed from, reversed, with $10 costs and disbursements, and motion in its entirety granted, with $10 costs, upon the ground that, according to the well-settled practice as established by many decisions, the defendant is entitled to have a full bill of particulars as asked for in the notice of motion. See American Woolen Co. of New York v. Altkrug, 137 App. Div. 621, 122 N. Y. Supp. 394; Rhodes v. Adams, 113 App. Div. 304, 98 N. Y. Supp. 913; Dempsey v. Bergen County Traction Co., 74 App. Div. 474, 77 N. Y. Supp. 456; Dwyer v. Slattery, 118 App. Div. 345, 103 N. Y. Supp. 433; Hoareau v. Schwartzkopf, 142 App. Div. 69, 70, 126 N. Y. Supp. 448; and Havholm v. Whale Creek Iron Works, 159 App. Div. 578, at 582, 144 N. Y. Supp. 833. Jenks, P. J., and Stapleton, Mills, Rich, and Putnam, JJ., concur.

Peter JENSEN, Respt., v. CAULDWELL WINGATE CO., Applt. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulate to reduce verdict to $8,000; in which event, judgment as so modified and order affirmed, without costs. No opinion. McLaughlin, J., dissenting and voting for new trial. Settle order on notice.

JOHN H. KAMMAN CO., applt., v. Frederic A. DELANO, et al., respts. (Supreme Court, Appellate Division, Fourth Department. January 5, 1916.) Judgment and order affirmed with costs. All concur.

JONES, Respondent, v. BALDWIN-DEVINE, Appellant. (Supreme Court, Appellate Division, Second Department. December 10, 1915.) Action by Holmes Jones against Lilla M. Baldwin-Devine. No opinion. The record shows that the jury did not consider the $250 paid the plaintiff at the time he was retained. Such retainer is to compensate pro tanto for services rendered and disbursements made. The finding of the referee that plaintiff was guilty of misconduct is an adjudication of that fact, and was properly received as evidence thereof upon the issue of misconduct raised by the answer. The verdict is therefore against the weight of evidence. While the order upon the referee's report remains unreversed, the fact of misconduct may not again become an issu-able fact. Judgment and order reversed, and new trial granted; costs to abide the event. See, also, 155 N. Y. Supp. 1116.

Frederick A. JONES, Respt., v. William E. WOODIN and ano., Applts. (Supreme Court, Appellate Division, First Department. December 30, 1915.) Judgment and order affirmed, with costs. No opinion. Order filed.

Ernest JONSON, respondent, v. MERRILL BROTHERS, appellant, and another, defendant. (Supreme Court, Appellate Division, Second Department. December 24, 1915.) Judgment and order unanimously affirmed, with costs. No opinion.

Patrick KAINE, Respt., v. ARTHUR McMULLEN COMPANY, Applt. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Judgment and order affirmed, with costs. No opinion. Order filed.

James H. KEHOE, respt., v. KNIGHTS OF THE MODERN MACCABEES, applt. (Supreme Court, Appellate Division, Fourth Department. January 5, 1916.) Judgment affirmed with costs. All concur.

Herbert KELDERHOUSE, applt., v. John V. McGARRY and one, respts. (Supreme Court, Appellate Division, Fourth Department. December 8, 1915.) Judgment affirmed with costs. All concur.

M. Edward KELLEY v. Samuel A. OSBORN. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Application granted. Order signed.

Anthony KELLY, Respt., v. INTERBORO FERRY CO. OF BROOKLYN, Applt. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Judgment and order affirmed, with costs. No opinion. Order filed.

Anthony KELLY v. INTERBORO FERRY CO. OF BROOKLYN. (Supreme Court, Appellate Division, First Department. January 14, 1916.) Motion denied, with $10 costs. Order filed.

The KINNEAR MFG. CO., respt., v. G. H. PETERS CO., applt. (Supreme Court, Appellate Division, Fourth Department. January 5, 1916.) Judgment affirmed with costs. All concur.

Marc KLAW et al., Respts., v. GENERAL FILM CO., Applt. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Judgment (154 N. Y. Supp. 988) modified, by striking out the provision for an extra allowance to the plaintiffs, and as thus modified affirmed, with costs to respondents. No opinion. Settle order on notice.

KLONDYKE GOVT. CONCESSION, Ltd., Respt., v. Arthur N. C. TREADGOLD, impld.

with Yukon Gold Co., Applt. (Supreme Court, Appellate Division, First Department. December 30, 1915.) Order affirmed, with $10 costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of costs. No opinion. Order filed.

KNAPP, Respondent, v. NIAGARA JUNCTION RY. CO., Appellant. (Supreme Court, Appellant Division, Fourth Department. November 17, 1915.) Action by Francis Knapp against the Niagara Junction Railway Company. No opinion. Judgment and order affirmed, with costs.

Kate E. KNICKERBOCKER, plff., v. Frank B. CANDEE et al., respts., Oliver D. Burden, referee, applt. (Supreme Court, Appellate Division, Fourth Department. January 22, 1916.) Judgment affirmed, without costs.

PER CURIAM. Assuming that the referee has sufficient standing to appeal from the judgment so far as it relates to his fees, we are of the opinion that the Special Term correctly decided that the limitation of $500 contained in section 3297 of the Code of Civil Procedure applies to actions of partition. All concur.

KOLB et al. v. MORTIMER et al. (Supreme Court, Appellate Division, First Department. December 10, 1915.) Action by Valentine Kolb and others against Morton L. Mortimer and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 155 N. Y. Supp. 644.

In re KOPF. (Supreme Court, Appellate Division, First Department. Dec. 10, 1915.) In the matter of Nathan Kopf. No opinion. Application granted. Settle order on notice. See, also, 165 App. Div. 900, 149 N. Y. Supp. 619.

Anthony KOZLOWSKI, respt., v. ST. HEDWIG'S ROMAN CATHOLIC CHURCH OF DUNKIRK, N. Y., applt. (Supreme Court, Appellate Division, Fourth Department. January 22, 1916.) Judgment and order reversed and new trial granted, with costs to appellant to abide event, unless the plaintiff shall, within 20 days, stipulate to reduce the verdict to the sum of $1,080, as of the date of the rendition thereof, in which event the judgment is modified accordingly, and, as so modified, is, together with the order, affirmed, without costs of this appeal to either party. Held, that the claim being unliquidated, the plaintiff was not entitled to recover interest. All concur.

Lazar KRIEZIS, respt., v. Edwin H. JONSON et al., Applts. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Order modified as directed in order, and as modified affirmed, without costs. No opinion. Order filed.

KRUG, Appellant, v. BLISS, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 1, 1915.) Action by Frank C. Krug against Homer D. Bliss. No opinion. Motion to amend record on appeal granted.

Joseph KRULIK, an infant, etc., respt., v. Albert J. RICE and one, applts. (Supreme Court, Appellate Division, Fourth Department. December 8, 1915.) Motion for leave to appeal to Court of Appeals denied, with $10 costs.

Mary KRYZSCIEN, respt., v. INTERNATIONAL RAILWAY CO., applt. (Supreme Court, Appellate Division, Fourth Department. January 5, 1916.) Judgment and order affirmed with costs. All concur.

KUDER v. MARY. (Supreme Court, Appellate Division, First Department. December 10, 1915.) Action by John H. Kuder against Arthur Mary. No opinion. Application to appeal from Appellate Term (155 N. Y. Supp. 305) granted. Order signed. See, also, 156 N. Y. Supp. 1129.

KUDER v. MARY. (Supreme Court, Appellate Division, First Department. December 10, 1915.) Action by John H. Kuder against Arthur Mary. No opinion. Motion to vacate stay granted unless defendant within five days gives an undertaking to pay the judgment of the Municipal Court if the order of the Appellate Term be affirmed. Settle order on notice. See, also, 156 N. Y. Supp. 1129.

KUDER v. MARY. (Supreme Court, Appellate Division, First Department. January 14, 1916.) Appeal from Appellate Term, First Department. Action by John H. Kuder against Arthur Mary. From a determination of the Appellate Term (155 N. Y. Supp. 305), reversing an order granting defendant's motion for a new trial upon newly discovered evidence, and reinstating the judgment originally rendered in favor of plaintiff, defendant appeals. Affirmed.

PER CURIAM. We think that the moving affidavit was insufficient to establish a case for a new trial on the ground of newly discovered evidence; and for that reason, without passing upon the question of the necessity of making a case, the determination appealed from should be affirmed, with $10 costs and disbursements. Order filed.

KURYAN v. WEIL et al. (Supreme Court, Appellate Division, First Department. December 10, 1915.) Action by Annie Kuryan against Theresa Weil and another. No opinion. Motion for stay granted. Settle order on notice.

KURYAN v. WEIL et al. (Supreme Court, Appellate Division, First Department. December 10, 1915.) Appeal from Special Term, New York County. Action by Annie Kuryan, an infant, etc., against Theresa Weil and another. From an order granting defendants' motion for leave to serve an amended answer, plaintiff appeals. Order modified and affirmed.

PER CURIAM. The order appealed from is modified, by allowing the plaintiff taxable costs of the action as a condition for amending the